UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Tiffany Cortinez, | : |
| Plaintiff, | : Civil Action No.: _____ |
| v. | : JUDGE: |
| American Credit Acceptance Corporation; and DOES 1-10, inclusive, | : MAGISTRATE JUDGE: |
| Defendants. | : |

## COMPLAINT

For this Complaint, the Plaintiff, Tiffany Cortinez, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of the Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* (the "TCPA").

2. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

4. The Plaintiff, Tiffany Cortinez ("Plaintiff"), is an adult individual residing in Bossier City, Louisiana, and is a "person" as the term is defined by 47 U.S.C.A. § 153(39).

5. The Defendant, American Credit Acceptance Corporation ("ACAC"), is a business entity with an address of 340 East Main Street, Suite 500, Spartanburg, South Carolina 29302, and is a "person" as the term is defined by 47 U.S.C.A. § 153(39).

6. Does 1-10 (the "Agents") are individual agents employed by ACAC and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

7. ACAC at all times acted by and through one or more of the Agents.

## FACTS

8. Within the last year, ACAC contacted Plaintiff's cellular telephone by using an automated telephone dialer system ("ATDS") and/or by using an artificial or prerecorded voice.

9. When Plaintiff answered the calls from ACAC, she heard a prerecorded voice that prompted her to hold on the line to hear a message regarding her account.

10. Plaintiff acknowledges originally giving ACAC consent to call her, in or around December 2013 she revoked consent to be called with automated calls.

11. Thereafter, despite having been instructed by Plaintiff to cease contacting her with automated calls, ACAC continued to call Plaintiff's cellular telephone with automated calls.

## COUNT I

### VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, et seq.

12. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. After knowing that Plaintiff did not want to be called, ACAC continued to call the Plaintiff by means of automatic telephone calls and using a prerecorded voice at a cellular telephone in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

14. Upon information and belief, Defendants' Predictive Dialers have the capacity to store or produce telephone numbers to be called, using a random or sequential number generator.

15. The telephone number called by Defendant was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

16. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

17. As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

18. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays that judgment be entered against the Defendants:

A. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

B. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

C. Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: April 25, 2014

Respectfully submitted,

By: __/s/ Jerrod Henderson_____
Jerrod Henderson (LA Bar. No. 29596)
P.O. Box 796

1017 Felder Lane.
Magnolia, MS 39652
Telephone: (888) 618-0001
Facsimile: (888) 821-4580
Attorneys for Plaintiff

Of Counsel To:

LEMBERG LAW L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

4