UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Tiffany Cortinez** § | |
| § | |
| **Plaintiff,** § | Civil Action No: 5:14-cv-00881-SMH-MLH |
| § | Judge S. Maurice Hicks |
| **American Credit Acceptance** § | |
| **Corporation; and Does 1-1-,** § | |
| **Inclusive,** § | |
| § | |
| **Defendants.** § | |

## DEFENDANT'S ANSWER

COMES NOW Defendant, American Credit Acceptance, L.L.C. improperly named American Credit Acceptance Corporation ("ACA") files its Answer and Affirmative Defenses to Plaintiff's Complaint (the "Complaint") and would respectfully show the Court the following:

## JURISDICTION

1. ACA denies the allegations contained in Paragraph 1 of the Complaint.

2. ACA admits the allegation contained in Paragraph 2 of the Complaint to the extent the Court has jurisdiction over it.

3. ACA admits the allegations contained in Paragraph 3 of the Complaint to the extent that venue is proper in this jurisdiction.

## PARTIES

4. ACA lacks information to admit or deny the allegations contained in paragraph 4 of the Complaint. Therefore, the allegations contained in paragraph 4 of the Complaint are denied.

5. ACA admits the allegations contained in Paragraph 5 of the Complaint.

6. ACA lacks information to admit or deny the allegations contained in paragraph 6 of the Complaint. Therefore, the allegations contained in paragraph 6 of the Complaint are denied.

7. ACA denies the allegations contained in Paragraph 7 of the Complaint.

## FACTS

8. ACA lacks information to admit or deny the allegations contained in paragraph 8 of the Complaint. Therefore, the allegations contained in paragraph 8 of the Complaint are denied.

9. ACA denies the allegations contained in Paragraph 9 of the Complaint.

10. ACA admits the allegation contained in Paragraph 10 of the Complaint that Plaintiff gave it consent to call her. ACA denies the remaining allegations contained in Paragraph 10 of the Complaint.

11. ACA denies the allegations contained in Paragraph 11 of the Complaint.

## COUNT I
## VIOLATIONS OF THE
## TELEPHONIC CONSUMER PROTECTION ACT–47 U.S.C. §227, ET SEQ

12. ACA incorporates its responses to paragraphs 1-11 of the Complaint.

13. ACA denies the allegations contained in Paragraph 13 of the Complaint.

14. ACA denies the allegations contained in Paragraph 14 of the Complaint.

15. ACA lacks information to admit or deny the allegations contained in paragraph 15 of the Complaint. Therefore, the allegations contained in paragraph 15 of the Complaint are denied.

16. ACA admits the allegations contained in Paragraph 16 of the Complaint.

17. ACA denies the allegations contained in Paragraph 17 of the Complaint.

18. ACA denies the allegations contained in Paragraph 18 of the Complaint.

## PRAYER FOR RELIEF

No response is required of ACA for the Prayer for Relief because no allegations are set forth. To the extent a response is required, ACA denies any allegations contained in the section of the Complaint entitled Prayer for Relief.

## AFFIRMATIVE DEFENSES

1. By way of further answer, ACA pleads the following affirmative defenses:

2. ACA is not liable for any of the claims in the Plaintiff's Complaint because ACA's conduct at all times complied, and were in good faith conformity, with all applicable contracts, laws, and regulations.

3. The Plaintiff's claims may be subject to an arbitration agreement.

4. Plaintiff's claims are subject to ACA's right of set off, offset or recoupment. The Plaintiff owes money to ACA as a result of a debt that is unpaid or otherwise in default.

5. ACA is not liable to Plaintiff for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") because Plaintiff expressly consented to ACA calling her cell phone.

6. ACA's reserves the right to assert any additional affirmative defenses that may be discovered during the course of additional investigation and discovery.

For the reason stated above, Defendant American Credit Acceptance, L.L.C. respectfully requests that Plaintiff takes nothing by her Complaint, and for such other and further relief for which it may be entitled.

Respectfully submitted,

By: */s/ Lauren E. Campisi*
LAUREN E. CAMPISI (29787)
MCGLINCHEY STAFFORD, PLLC
643 MAGAZINE STREET
NEW ORLEANS, LA 70130-3477
TELEPHONE: (504) 586-1200
FACSIMILE: (504) 596-2800
lcampisi@mcglinchey.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all counsel of record by operation of the Court's electronic filing system.

*/s/ Lauren E. Campisi*
LAUREN E. CAMPISI