UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Tiffany Cortinez,<br><br>                Plaintiff,<br>   v.<br><br>American Credit Acceptance Corporation; and DOES 1-10, inclusive,<br><br>               Defendants. | Civil Action No.:  5:14-cv-00881 |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 12, 2014

                                                     Respectfully submitted,

                                                     PLAINTIFF, Tiffany Cortinez

                                                     By: __/s/ Jenny DeFrancisco_____
                                                     Jenny DeFrancisco (Admitted PHV)
                                                     LEMBERG LAW, L.L.C.
                                                     1100 Summer Street, 3rd Floor
                                                     Stamford, CT 06905
                                                     Telephone: (203) 653-2250
                                                     Facsimile:  (203) 653-3424
                                                     Email: jdefrancisco@lemberglaw.com

                                                     By: ___/s/_Kenneth D. McLean_____
                                                     Kenneth D. McLean (LA Bar No. 30190)
                                                     The McLean Law Firm, LLC
                                                     P. O. Box 38161
                                                     Germantown, TN 38183-0161
                                                     Telephone:  (901) 326-6888
                                                     Kenneth@themcleanlawfirm.com
                                                     Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Louisiana Electronic Document Filing System (ECF), which gave notice of such filing to the following:

Aimee G. Szygenda  
McGlinchey Stafford  
Address: 2711 N. Haskell Ave.,  
Ste. 2750, LB 38  
Dallas, TX 75204

                                                   By /s/ Jenny DeFrancisco_____  
                                                      Jenny DeFrancisco, Esq.