UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Tiffany Cortinez, <br><br>  Plaintiff, <br>  v. <br><br> American Credit Acceptance Corporation; and DOES 1-10, inclusive, <br><br>  Defendant. | : <br> : <br> : Civil Action No.: 5:14-cv-00881 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against American Credit Acceptance Corporation with prejudice and without costs to any party.

| Tiffany Cortinez | American Credit Acceptance Corporation |
|---|---|
| By:  /s/ Jenny DeFrancisco | By:  /s/ Lauren E. Campisi |
| Jenny DeFrancisco (Admitted PHV) <br> LEMBERG LAW, L.L.C. <br> 1100 Summer Street, 3rd Floor <br> Stamford, CT 06905 <br> Telephone: (203) 653-2250 <br> Facsimile: (203) 653-3424 <br> Email: jdefrancisco@lemberglaw.com | LAUREN E. CAMPISI (29787) <br> MCGLINCHEY STAFFORD, PLLC <br> 643 MAGAZINE STREET <br> NEW ORLEANS, LA 70130-3477 <br> TELEPHONE: (504) 586-1200 <br> FACSIMILE: (504) 596-2800 <br> lcampisi@mcglinchey.com <br> Attorney for Defendant |
| By:  /s/ Kenneth D. McLean <br> Kenneth D. McLean (LA Bar No. 30190) <br> The McLean Law Firm, LLC <br> P. O. Box 38161 <br> Germantown, TN 38183-0161 <br> Telephone: (901) 326-6888 <br> Kenneth@themcleanlawfirm.com <br> Attorneys for Plaintiff | |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 24, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Louisiana Electronic Document Filing System (ECF), which sent notice of such filing to the following:

LAUREN E. CAMPISI (29787)
MCGLINCHEY STAFFORD, PLLC
643 MAGAZINE STREET
NEW ORLEANS, LA 70130-3477

                                        By /s/ Jenny DeFrancisco
                                        Jenny DeFrancisco, Esq.